# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160750(21)

THOMAS KIZER, JR. and
DANIEL A. BURRESS,
      Plaintiffs,

v                                        SC: 160750

JUDICIAL TENURE COMMISSION,
      Defendant.
_____/

On order of the Chief Justice, the motion of plaintiffs to file a reply to the answer to the motion for reconsideration is GRANTED. The reply submitted on April 8, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2020                      

                                         Clerk